## Earley, Appellant, *v.* 1508 West Allegheny, Inc.

Argued December 7, 1971. *Jacob J. Kilimnik,* for appellant; *John Butterworth,* with him *Ralph*

*N. Teeters,* and *Townsend, Elliott & Munson,* for appellee.

Order affirmed.